☐ **AMENDED**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re:   **Gloria Nicole Armstead**                                    **Case No.**

Debtors:                                                               **Chapter 13**

## CHAPTER 13 PLAN

**ADDRESS:**   **(1)**   2676 Marlene St                     **(2)** _____
                         Memphis, TN 38118                           _____

**PLAN PAYMENT:**

**Debtor(1)** shall pay $ 125.00   (☐ weekly, ☑ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☑ **PAYROLL DEDUCTION** From:   **Behavioral Services of Tennessee**   **OR ( ) DIRECT PAY**

**Debtor(2)** shall pay $ _____   (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ **PAYROLL DEDUCTION** From:   _____   **OR ( ) DIRECT PAY**

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) **CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]**   ☐ YES   ☑ NO
(B) **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION**   ☐ YES   ☑ NO
    **OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**
(C) **AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].**   ☐ YES   ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☑ Included in Plan; **OR** ☐ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**                                                Monthly Plan Payment:

                        Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
**None**                ongoing payment begins _____   $ _____
                        Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

**-NONE-** _____   Amount _____   $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:

**None** _____   ongoing payment begins _____   $ _____
                           Approximate arrearage: _____ Interest _____   $ _____

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]   Value of Collateral:   Rate of Interest   Monthly Plan Payment:

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
|  | 0.00 | 0.00 | $0.00 |
| No Worries Auto Sales | 10,000.00 | 7.00 | 210.00 |
| Royal Furniture | 1,000.00 | 7.00 | 25.00 |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-                                                        Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

-NONE-                          Amount: _____     Rate of Interest _____     Monthly Plan Payment: $ _____

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

None _____  ☐  Not provided for  **OR**  ☐  General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $23,120.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,
☑ **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

Progressive Finance: hhg lease _____  ☑  Assumes  **OR**  ☐  Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **0** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

None

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/Earnest Fiveash                                              Date  **January 23, 2020** _____ .
**Earnest E. Fiveash 10769**
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**